**BANK OF AMERICA, N.A.,**
**Plaintiff-Appellee**

v.

**Gary R. PETERSON; Sally L.**
**Peterson, Defendants–**
**Appellants**

**JP Morgan Chase Bank, N.A., and its successors and assigns; Horizon Bank, National Association; Clear & Close Title Agency, Ltd., also all heirs and devisees of any of the above-named persons who are deceased; and all other persons or entities claiming**

**any right, title, estate, lien or interest in real estate described in the Summons and Complaint herein, Defendants.**

No. 12–2508.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 4, 2015.

Filed: April 15, 2015.

John R. Neve, Evan Weiner, argued, Minneapolis, MN, for Appellant.

Michelle Weinberg, Stephen Fjelde Buterin, Steven R. Little, Donald Charles MacDonald, Aaron Daniel Van Oort, Charles F. Webber, argued, Minneapolis, MN, for Appellee.

Before WOLLMAN, BYE, and COLLOTON, Circuit Judges.

WOLLMAN, Circuit Judge.

This case is before us on remand from the United States Supreme Court. In *Peterson v. Bank of America, N.A.*, —— U.S. ——, 135 S.Ct. 1153, 190 L.Ed.2d 909 (2015), the Court granted a writ of certiorari, vacated this court's judgment in *Bank of America, N.A. v. Peterson*, 746 F.3d 357 (8th Cir.2014), and remanded the case to us for reconsidering in light of its decision in *Jesinoski v. Countrywide Home Loans, Inc.*, —— U.S. ——, 135 S.Ct. 790, 190 L.Ed.2d 650 (2015).

In *Peterson*, we relied upon our court's decision in *Keiran v. Home Capital, Inc.*, 720 F.3d 721 (8th Cir.2013), in holding that the Petersons' claim for rescission under the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, was time-barred by 15 U.S.C. § 1635(f) because of their failure to file a lawsuit within three years of their

transaction with Bank of America. 746 F.3d at 360. The Supreme Court held in *Jesinoski* that the *Keiran* court had erred in holding that a borrower's failure to file a suit for rescission within three years of the transaction's consummation extinguishes the right to rescind and bars relief. 135 S.Ct. at 792.

In light of the Court's holding in *Jesinoski*, we vacate that portion of our judgment in *Bank of America, N.A. v. Peterson* that granted Bank of America summary judgment on the Petersons' claim for rescission, reinstate that portion of our judgment that vacated the grant of summary judgment to Bank of America on the Petersons' counterclaim for statutory damages, and remand the case to the district court for further proceedings consistent with this opinion.